UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DONALD LASSMAN, as the duly-appointed Chapter 7 Trustee of STM Industries, Inc., <br><br>        Plaintiff, <br><br>v. <br><br>CONTAINER RECYCLING ALLIANCE LP, <br><br>        Defendant. | Civil Action No. 05-CV-11451-GAO |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE THAT** effective June 1, 2006 Gadsby Hannah LLP, counsel to the undersigned party in this matter, merged with and changed its name to McCarter & English, LLP. The firm's address, phone numbers, and fax numbers will remain the same, but the firm name and all attorney email addresses have changed. The new contact information for counsel is:

    McCarter & English, LLP
    225 Franklin Street
    Boston, MA 02110
    Tel.: (617) 345-7000
    Fax: (617) 345-7050

    Email addresses for counsel of record have changed as follows:

    Charles A. Dale, III - cdale@mccarter.com
    Peter M. Coppinger - pcoppinger@mccarter.com
    Alex F. Mattera - amattera@mccarter.com
    David Himelfarb - dhimelfarb@mccarter.com

        Respectfully Submitted,

        DONALD R. LASSMAN, the duly-appointed
        Chapter 7 Trustee of STM Industries, Inc.,

        By his attorneys,

        /s/ David Himelfarb
        _____

        Charles A. Dale III, BBO # 558839
         cdale@mccarter.com
        Peter M. Coppinger, BBO # 554512
         pcoppinger@mccarter.com
        Alex F. Mattera, BBO # 641760
         amattera@mccarter.com
        David Himelfarb, BBO # 649596
         dhimelfarb@mccarter.com
        McCarter & English, LLP
        225 Franklin Street
        Boston, MA  02110
        (617) 345-7000

Dated: August 3, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on August 3, 2006, I served a copy of this Notice through the Court's electronic filing system on the following counsel:

    Jennifer L. Burns, Esq.
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    *Counsel for Container Recycling Alliance LP*

        By:    /s/ David Himelfarb_____
                David Himelfarb