UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DONALD LASSMAN, as the duly-appointed Chapter 7 Trustee of STM Industries, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CONTAINER RECYCLING ALLIANCE LP, <br><br> Defendant. | Civil Action No. 05-CV-11451-GAO |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT** effective immediately, McCarter & English, LLP, counsel to the undersigned party in this matter, has changed its address, telephone, and fax numbers. The new contact information for counsel is:

    McCarter & English, LLP
    265 Franklin Street
    Boston, MA  02110
    Tel.: (617) 449-6500
    Fax: (617) 607-9200

Email addresses for counsel of record remain the same.

ME1 928705v.1

-2-

        Respectfully Submitted,

        DONALD R. LASSMAN, the duly-appointed
        Chapter 7 Trustee of STM Industries, Inc.,

        By his attorneys,

        /s/ David Himelfarb

        Charles A. Dale III, BBO # 558839
         cdale@mccarter.com
        Peter M. Coppinger, BBO # 554512
         pcoppinger@mccarter.com
        Alex F. Mattera, BBO # 641760
         amattera@mccarter.com
        David Himelfarb, BBO # 649596
         dhimelfarb@mccarter.com
        McCarter & English, LLP
        265 Franklin Street
        Boston, MA  02110
        (617) 449-6500

Dated: March 26, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2007, I served a copy of this Notice of Change of Address through the Court's electronic filing system on the following counsel:

Jennifer L. Burns, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
*Counsel for Container Recycling Alliance LP*

        By:    /s/ David Himelfarb
                David Himelfarb