UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DONALD LASSMAN, as the duly-appointed Chapter 7 Trustee of STM Industries, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONTAINER RECYCLING ALLIANCE LP,<br><br>　　　　　　　Defendant. | Civil Action No. 05-CV-11451-GAO |

## NOTICE OF STATUS OF SETTLEMENT

On March 21, 2007, the Court entered on the docket the following remark: "Counsel to notify the Court by early May, 2007 with regard to the outcome of the settlement hearing." The parties jointly advise the Court that the hearing on their settlement before the Bankruptcy Court is now scheduled for May 15, 2007. As soon as the Bankruptcy Court rules on plaintiff Donald Lassman's (the duly-appointed Chapter 7 Trustee of STM Industries, Inc.) proposed settlement with defendant Container Recycling Alliance, LP, the Trustee will notify the Court.

ME1 928705v.1

        Respectfully Submitted,

        DONALD R. LASSMAN, the duly-appointed
        Chapter 7 Trustee of STM Industries, Inc.,

        By his attorneys,

        /s/ David Himelfarb
        Charles A. Dale III, BBO # 558839
         cdale@mccarter.com
        Peter M. Coppinger, BBO # 554512
         pcoppinger@mccarter.com
        Alex F. Mattera, BBO # 641760
         amattera@mccarter.com
        David Himelfarb, BBO # 649596
         dhimelfarb@mccarter.com
        McCarter & English, LLP
        265 Franklin Street
        Boston, MA  02110
        (617) 449-6500

Dated: May 2, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2007, I served a copy of this Notice through the Court's electronic filing system on the following counsel:

    Jennifer L. Burns, Esq.
    Goodwin Procter LLP
    Exchange Place
    Boston, MA 02109
    *Counsel for Container Recycling Alliance LP*

        By:    /s/ David Himelfarb
                     David Himelfarb