UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DONALD LASSMAN, as the duly-appointed Chapter 7 Trustee of STM Industries, Inc.,<br><br>     Plaintiff,<br><br> v.<br><br>CONTAINER RECYCLING ALLIANCE LP,<br><br>     Defendant. | Civil Action No. 05-CV-11451-GAO |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled matter and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to the dismissal of this action in its entirety, including all claims asserted in the complaint and the counterclaim, with prejudice, no interest, costs, or attorneys' fees to any party, and all rights of appeal waived.

| | |
|---|---|
| DONALD R. LASSMAN, the duly-appointed Chapter 7 Trustee of STM Industries, Inc.,<br><br>By his attorneys,<br><br>/s/ David Himelfarb<br>_____<br>Charles A. Dale III, BBO # 558839<br>Peter M. Coppinger, BBO # 554512<br>David Himelfarb, BBO # 649596<br>McCarter & English, LLP<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 345-7000 | CONTAINER RECYCLING ALLIANCE LP<br><br>By its attorneys,<br><br>/s/ Anthony M. Feeherry<br>_____<br>Anthony M. Feeherry, (BBO # 160860)<br>Francis G. Kelleher, (BBO # 629254)<br>Jennifer L. Burns, (BBO # 629254)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000 |

Dated:  August 10, 2007

ME1 6639089v.1

**SO ORDERED:**

_____
O'Toole, J.

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2007, I served a copy of this Stipulation of Dismissal through the Court's electronic filing system on the following counsel:

Anthony M. Feeherry, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
*Counsel for Container Recycling Alliance LP*

By:    /s/ David Himelfarb
          David Himelfarb

ME1 6639089v.1